■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM FERRARI, Appellant. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE LESTER, Appellant. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.— [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD S. LEVY, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING ROBERTSON, Appellant.— Motion by appellant to vacate order dated March 9, 1959, dismissing his appeal from a judgment of conviction, granted; order vacated. Motion by appellant to dispense with printing on his appeal from said judgment and on his appeal from an order denying, after a hearing, his *coram nobis* application, granted. The appeals will be heard together, on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinions, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeals is enlarged to the October Term, beginning October 2, 1961; appeals ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as